UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 FEB 12 PM 4: 22
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:19-cr- |
| ) | |
| JALEN DAVIS, ) | 1:19-cr-41 JMS-DLP |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about October 3, 2018, within the Southern District of Indiana, Indianapolis Division, the defendant,

JALEN DAVIS,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

    Resisting Law Enforcement With a Vehicle as a Level 6 felony under cause number 49G20-1709-F6-0374702, in Marion County Superior Court, Indiana, on or about June 28, 2018; and/or

did knowingly possess in and affecting commerce a firearm, to wit: a Glock 17, .9mm semiautomatic handgun bearing serial number 8594LAV.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in the indictment, JALEN DAVIS, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which he is convicted, including but not limited to a Glock 17, .9mm caliber semiautomatic handgun bearing serial number 8594LAV.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Amanda Kester
Assistant United States Attorney